DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MUNTAZ R. MAJEED,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2113

[December 12, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case Nos. 16-004092CF10A and 16-009711CF10A.

Muntaz R. Majeed, Miramar, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***